## GOODWIN v. BURNEY.

### No. 12,091; August 18, 1887.

#### 14 Pac. 676.

**Ejectment—Conflict of Evidence—New Trial.**—Where, in an action of ejectment, there is a decided conflict as to the facts going to show plaintiff's legal possession prior to defendant's entry, and as to the character of defendant's entry, an order refusing a new trial will be affirmed on appeal.

APPEAL from Superior Court, Plumas County; G. G. Clough, Judge.

J. D. Goodwin and D. W. Jenks for appellant; E. T. Hogan for respondent.

FOOTE, C.—This was an action of ejectment for a tract of land. As to the facts given in evidence going to show the plaintiff's legal possession of the premises in dispute, prior to the defendant's entry thereupon, and as to those relative to the character of the defendant's entry, whether or not it was in good faith, and under a claim of right adverse to that of the plaintiff, there is a decided conflict, for which reason the order refusing a new trial should be affirmed.

We concur: Belcher, C. C.; Hayne, C.

By the COURT.—For the reasons given in the foregoing opinion the order is affirmed.